CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
AmandaS@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTONIO FERNANDEZ, Plaintiff, v. 2170 SUNSET GDAS LLC, a California Limited Liability Company; K9 LOFT INC., a California Corporation Defendants. | **Case:** 2:20-cv-10595-SVW-AGR<br><br>**Plaintiff's Notice of Voluntary Dismissal With Prejudice**<br><br>**Fed. R. Civ. P. 41(a)(1)(A)(i)** |
|---|---|

**PLEASE TAKE NOTICE** that Plaintiff Antonio Fernandez, hereby voluntarily dismisses the above captioned action <u>with</u> prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Defendants 2170 Sunset GDAS LLC, a California Limited Liability Company and K9 Loft Inc., a California Corporation have neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed without an Order of the Court.

Dated: April 18, 2021          CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Seabock
Amanda Seabock
Attorney for Plaintiff